## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01826-JLK

GURVEST CASTILLE,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

    THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorneys fees and costs.

                          BY THE COURT:

August 11, 2014        *s/John L. Kane*
DATE                      U.S. DISTRICT JUDGE